# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALIE JEAN NELSON, Individually and as Personal Representative of the Estate of ROGER ELLIS NELSON, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORPORATION; *et al.*,<br><br>Defendants. | CASE NO.  2:12-cv-00793-MWF (AGRx)<br><br>**JUDGMENT** |

On February 12, 2013, the Court granted the six Motions for Summary Judgment filed by Defendants (1) Crane Co., (2) The Nash Engineering Company, (3) Alfa Laval, (4) Kaiser Gypsum Company, Inc., (5) Buffalo Pumps, Inc., and (6) Union Carbide Corp.  (Docket No. 258).  Finding that good cause exists for entry of a separate judgment under Rule 54 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants Crane Co., The Nash Engineering Company, Alfa Laval, Kaiser Gypsum Company, Inc., Buffalo Pumps, Inc., and Union Carbide Corp. shall have judgment against Plaintiff Rosalie Jean Nelson, Individually and as Personal

Representative of the Estate of Roger Ellis Nelson, Deceased ("Plaintiff"), and that Plaintiff take nothing;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the judgment entered against the Plaintiff herein and any other judgments entered heretofore or hereafter in this action with respect to any other Defendant are several as to each such Defendant unless otherwise expressly stated in the judgment to be joint and several as to the particular Defendants; and

**IT IS FURTHER ORDERED** that there is no just reason for delay in entry of this final judgment against Plaintiff herein and the Court expressly directs that the Clerk of the Court enter this separate judgment against said Plaintiff herein pursuant to Federal Rule of Civil Procedure 54 notwithstanding whether this action remains pending against other Defendants.

Dated: April 11, 2013

_____
MICHAEL W. FITZGERALD
United States District Court Judge

2

LA:18029541.1